# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CRIMINAL NO. 2000-68 |
| v. | ) | |
| | ) | |
| SYLVESTER CHRISTOPHER | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## ORDER

FINCH, SENIOR JUDGE

THIS MATTER comes before the Court on Defendant Sylvester Christopher's Motion to Waive Probable Cause Hearing filed on November 11, 2008. Defendant's Motion to Waive relates to the Government's Petition to Revoke his Supervised Released filed on April 24, 2008. Defendant declares that he was sentenced in another Federal court on June 7, 2008 to a sentence of fifty-seven (57) months incarceration, to be followed by four (4) years of supervised release. After consideration and the Court being fully advised in the premises, it is hereby

**ORDRED** that Defendant's Motion to Waive Probable Cause Hearing is **DENIED**.

**ENTERED this 19th day of February, 2009.**

_____/s/_____
**HONORABLE RAYMOND L. FINCH**
**SENIOR U.S. DISTRICT JUDGE**

.

1